TIMOTHY A. SCOTT
LAW OFFICES OF TIMOTHY A. SCOTT
California Bar No. 215074
Old City Hall Building
433 G. Street #202
San Diego, CA 92101
619.652.9970

Attorney for
JAIME SERRATO-CASTRO

FILED

2006 OCT 26 AM 8: 45

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR1494-BEN |
| ) | |
| Plaintiff ) | Date: October 23, 2006 |
| ) | Time: 9:00 |
| v. ) | |
| ) | STIPULATION TO |
| JAIME SERRATO-CASTRO, ) | CONTINUE SENTENCING HEARING |
| ) | AND ORDER THEREON |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the plaintiff, United States of America, by and through Assistant United States Attorney Stephen Tokarz, and Defendant Jaime Serrato-Castro, by and through attorney Timothy A. Scott, that the sentencing hearing in this matter be continued from October 23, 2006 at 9:00 a.m. to November 14, 2006 at 2:00 p.m.

Mr. Scott currently has trial in the San Diego Superior Court and it has unexpectedly extended onto the sentencing date for Mr. Serrato-Castro's matter.

LAW OFFICES OF TIMOTHY A. SCOTT
OLD CITY HALL BUILDING
433 G. STREET #202
SAN DIEGO, CA 92101

1
2
3
4
5       The parties stipulate that good cause exists for the preceding delay, and that excludable time
6   shall result.
7
8
9   SO STIPULATED.
10
11
12  TIMOTHY A. SCOTT                                    10/20/06
    Attorney for Defendant Serrato-Castro              DATE
13
14
15
16
17  STEPHEN TOKARZ                                     10/20/06
18  Assistant United States Attorney                   DATE
19
20
21  Pursuant to stipulation of the parties, and good cause having been shown, IT IS HEREBY
22  **ORDERED AS FOLLOWS:** The Sentencing date and time shall be reset as described above.
23
24  SO ORDERED.
25
26
27
28  HONORABLE ROGER T. BENITEZ                         10/26/06
    UNITED STATES DISTRICT JUDGE                      DATE

LAW OFFICES OF TIMOTHY A. SCOTT
OLD CITY HALL BUILDING
433 G. STREET #202
SAN DIEGO, CA 92101